IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PEARL SEAS CRUISES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-13-2790 |
| | § | |
| LLOYD'S REGISTER NORTH AMERICA, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending before the Court are Defendant's Motion to Dismiss Claims Under Federal Rule of Civil Procedure 12(b)(3) (Document No. 9), Defendant's Motion to Dismiss All Claims Under Federal Rule of Civil Procedure 12(b)(6) (Document No. 10), Defendant's Motion to Dismiss on *Forum Non Conveniens* Grounds (Document No. 33), and Plaintiff's Opposed Motion for In Camera Inspection (Document No. 40). Having considered the motions, submissions, and applicable law, the Court determines that all motions should be denied. Accordingly, the Court hereby

**ORDERS** that Defendant's Motion to Dismiss Claims Under Federal Rule of Civil Procedure 12(b)(3) (Document No. 9) is **DENIED**. The Court further

**ORDERS** that Defendant's Motion to Dismiss All Claims Under Federal Rule of Civil Procedure 12(b)(6) (Document No. 10) is **DENIED**. The Court further

**ORDERS** that Defendant's Motion to Dismiss on *Forum Non Conveniens* Grounds (Document No. 33) is **DENIED**. The Court further

**ORDERS** that Plaintiff's Opposed Motion for In Camera Inspection (Document No. 40) is **DENIED**.

SIGNED at Houston, Texas, on this __11__ day of August, 2014.

DAVID HITTNER
United States District Judge