UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Pearl Seas Cruises LLC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | C.A. No.   H-13-2790 |
| | § | |
| Lloyd's Register North America Inc., | § | |
| | § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

The Court having been advised by The Fifth Circuit Court of Appeals in an opinion dated February 18, 2015 and for all the reasons stated in the opinion, it is hereby

ORDERED that this Court vacates its order of denial of the Motion to Dismiss on *Forum Non Conveniens Grounds* and the case is DISMISSED.

SIGNED at Houston, Texas on this __20__ day of February, 2015.

_____
DAVID HITTNER
United States District Judge